UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SAMUEL E. DODD<br><br>*Plaintiff,*<br><br>vs.<br><br>SUE P. SHEPPARD, individually and in her capacity as Town Administrator for the Town of Lincoln; and the TOWN OF LINCOLN, by and through its Treasurer, Stephen Worner (sic),<br><br>*Defendants.* | CA 05 519S<br><br>*(R.I. Superior Court C.A. No. PC05-6058)* |

**PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Defendants, Sue P. Sheppard and the Town of Lincoln, Rhode Island, are defendants in a civil action filed in the Providence County Superior Court entitled, *Samuel E. Dodd v. Sue P. Sheppard, et al., C.A. No. PC05-6058.* Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about November 24, 2005.

3. The above described action, as stated in plaintiff's complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

*{Original C.A. No. PC05-6058}*

Defendants,
By their attorneys,

Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this ~~13th~~ 14th day of December 2005, to:

Joseph F. Penza, Jr., Esq. (#0607)
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 fax