DEFENDANT'S COPY
DEFENDANT'S COPY

%%

RECEIPT

Rhode Island Justice System

Receipt Number: SCP215?02
Date: 23-NOV-2005
Cashier: LEY

Payor: LB - CLERK
Address:
DOD:

| Description | Amount |
|---|---|
| Case: PC-2005-6058 | |
| SAMUEL E DODD V SUE P SHEPPAR | |
| INITIAL FILING FE | 150.00 |
| RI LEGAL SERVICES | 10.00 |
| Present Balance: | 160.00 |
| Amount Paid: | 160.00 |
| New Balance Due: | 0.00 |

| Tender Type: | |
|---|---|
| CHECKS-SCP-30072 | 160.00 |
| | 0.00 |
| Amount Tendered: | 160.00 |
| Amount Paid: | 160.00 |
| Change: | 0.00 |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# STATE OF RHODE ISLAND SUPERIOR COURT

# CIVIL CASE COVER SHEET

Case # (Filled in by Clerk's Office) 05-6058

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.10). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| Samuel E. Dodd | Sue P. Sheppard, Individually and in her capacity as Town Administrator for the Town of Lincoln; the Town of Lincoln by and through its Treasurer Stephen Worner |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Rhode Island

**NATURE OF PROCEEDING** — Check the applicable case type under the main categories listed below. **(Check One Only)**

District Court Appeal ☐ yes (Check type below)

## CIVIL ACTIONS

☐ AGA Agency appeal
☐ ALA Alienation of affection
☐ ANT Anti-trust
☐ ASB Assault and battery
☐ BKA Book account
☐ CLA Common law assignment
☐ CLL Common law lien
☐ CON Contract
☐ CNV Conversion
☐ CRC Criminal conversation
☐ CIC Criminal inj compensation
☐ DOJ Debt on judgment
☐ DTP Deceptive trade practice
☐ DEJ Declaratory judgment
☐ DPC Denial of probate claim
☐ EXT Excessive tax
☒ INR Injunctive relief
☐ IPL Interpleader
☐ LIB Libel/slander
☐ MLE Malpractice/legal
☐ MME Malpractice/medical
☐ MOT Malpractice/other
☐ WOM Mandamus, writ of
☐ PRT Partition
☐ PER Personal injury
☐ IDV Personal inj/property dam-vehicle
☐ PIV Personal injury-vehicle
☐ PRL Product liability
☐ PRN Promissory note
☐ PDM Property damage
☐ PDV Property damage-vehicle
☐ RLP Real property
☐ RIC Reinstate charter
☐ DIN Recovery of damages/insurance
☐ ROF Recovery of funds
☐ WOR Replevin, writ of
☐ SPP Specific performance
☐ TCO Title clearing (other than tax title)
☐ TAE Trespass and ejectment
☐ TRA Trustee/accounting
☐ TCT Trustee/appt convey title
☐ UNM Uninsured motorist
☐ WRD Wrongful death

☐ **Other than above (specify type):**

## MISCELLANEOUS PETITIONS

☐ ARA Arbitration award
☐ CAR Arbitration/confirm
☐ RTA Arbitration referral
☐ VAR Arbitration/vacate
☐ AOD Assessment of damages
☐ CND Condemnation
☐ CFC Confirm compromise
☐ DOC Dissolution of corp.
☐ EDP End partnership
☐ FRR Forclosure of right of redemption
☐ TLF Foreclosure/tax lien
☐ FOC Forfeiture of charter
☐ GJI Grand Jury Investigation
☐ HAC Habeas corpus
☐ MAW Material witness
☐ MEL Mechanics lien
☐ OSW Out of state witness
☐ PFS Perform surgery
☐ PFC Petition for constable
☐ PTE Petition to expunge
☐ PFI Petition for immunity
☐ PIN Pet for inventory (wire tap)
☐ PFR Petition for review
☐ PTD Pet to take deposition
☐ PCR Post conviction relief
☐ REC Receivership
☐ R5A Rule 5A petition
☐ TCL Title clearing (tax title)
☐ AOT Trustee/appointment of
☐ DOT Trustee declination of
☐ AOS Trustee successor

☐ **Other than above (specify type):**

2005 NOV 23 P 1:59

## PROBATE APPEALS

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ **Other than above (specify type):**

**Is this a case that may require a trial for resolution?** ☒ yes ☐ no If yes: ☐ jury or ☒ non-jury

(attorney name) Joseph F. Penza, Jr., Esq. #0607 (date) 11/23/05

☐ pro se

STATE OF RHODE ISLAND AND PROVIDENCE PLAN ,ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-6058 SAMUEL E DODD V SUE P SHEPPARD

Filing Date: 11-23-2005
Case Status: UNASSIGNED

Case Type: INJUNCTIVE RELIEF
Status Date: 11-23-2005

Plaintiff: SAMUEL DODD
ID: @10700216

Attorney: JOSEPH PENZA

Defendant: SUE SHEPPARD
ID: @10700217
Defendant: ADMINISTRATOR FOR THE TOWN OF LINCOI
ID: @10700218
Defendant: TOWN OF LINCOLN
ID: LINCOLN
Defendant: STEPHEN WORNER TREASURER
ID: @10700219

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-23-2005 | COMPLAINT FILED | |
| 11-23-2005 | INITIAL FILING FEE | |
| 11-23-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP215762. |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island