UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SAMUEL E. DODD<br><br>*Plaintiff,*<br><br>vs.<br><br>SUE P. SHEPPARD, individually and in her capacity as Town Administrator for the Town of Lincoln; and the TOWN OF LINCOLN, by and through its Treasurer, Stephen Worner (sic),<br><br>*Defendants.* | CA 05 519S<br>C.A. No.<br><br>*(R.I. Superior Court C.A. No. PC05-6058)* |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance on behalf of the Defendants, Sue Sheppard, individually and in her capacity as Town Administrator for the Town of Lincoln, and the Town of Lincoln by and through its Treasurer Stephen Woerner (corrected spelling) in the above-captioned matter.

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this ~~13th~~ 14th day of December 2005, to:

Joseph F. Penza, Jr., Esq. (#0607)
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 fax