UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SAMUEL E. DODD

*Plaintiff,*

vs.

SUE P. SHEPPARD, individually and in her capacity as Town Administrator for the Town of Lincoln; and the TOWN OF LINCOLN, by and through its Treasurer, Stephen Worner (sic),

*Defendants.*

CA 05 519S

*(R.I. Superior Court C.A. No. PC05-6058)*

**ANSWER**

Now come Defendants, Sue P. Sheppard, individually and in her capacity as Town Administrator for the Town of Lincoln and the Town of Lincoln by and through its Treasurer Stephen Woerner (corrected spelling), and hereby answer the plaintiff's complaint as follows:

1. These defendants admit the allegations contained in paragraphs 2 and 3 of that portion of the plaintiff's complaint entitled, *Parties*.

2. These defendants admit that the plaintiff is a resident of the City of Providence but deny the remaining allegations contained in paragraph 1 of that portion of the plaintiff's complaint entitled, *Parties*.

3. These defendants admit the allegations contained in paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 20 and 21 of that portion of the plaintiff's complaint entitled, *Facts*.

4. These defendants deny the allegations contained in paragraphs 14, 15, 16, 17, 18 and 19 of that portion of the plaintiff's complaint entitled, *Facts*.

5. These defendants deny the allegations contained in paragraphs 22 and 25 of Count I of the plaintiff's complaint.

6. These defendants admit the allegations contained in paragraph 24 of the plaintiff's complaint.

7. These defendants make no response to the allegations contained in paragraph 23 of the plaintiff's complaint and affirmatively state that the charter speaks for itself.

8. These defendants deny the allegations contained in paragraphs 26, 27, 28 and 29 of Count II of the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

For the affirmative relief sought, these defendants plead unclean hands, fraud and illegality as a bar to plaintiff's claim.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within complaint.

FOURTH AFFIRMATIVE DEFENSE

These defendants the plead statutory cap on damages as a bar and restriction on the damages recoverable in this matter.

**<u>These defendants demand trial by jury.</u>**

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this ~~13th~~ 14th day of December 2005, to:

Joseph F. Penza, Jr., Esq. (#0607)
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 fax