JFP:pac 6964/1 \pleading\69641Stipulation.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SAMUEL E. DODD | : | |
| VS. | : | C. A. NO. 05-519S |
| SUE P. SHEPPARD, individually and in her capacity as Town Administrator for the Town of Lincoln; and the TOWN OF LINCOLN, by and through its Treasurer, Stephen Woerner | : | *(R.I. Superior Court C.A. No. PC05-6058)* |

**STIPULATION**

By agreement of the parties, plaintiff's amended complaint as attached hereto shall be accepted as a pleading in this case without the need of the plaintiff filing a motion to amend.

Defendants shall have up to and including March 6, 2006 to answer or otherwise respond to said amended complaint.

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 3|2|06

Joseph F. Penza, Jr., Esq. #0607
Attorney for Plaintiff
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Marc DeSisto, Esq. #2757
Attorney for Defendants
DeSISTO LAW OFFICES
211 Angell Street
Providence, RI 02906
PHONE: (401) 272-4442
FAX: (401) 272-9937

**Dated: February 22, 2006**