UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SAMUEL E. DODD

*Plaintiff,*

vs.

SUE P. SHEPPARD, individually and in her capacity as Town Administrator for the Town of Lincoln; and the TOWN OF LINCOLN, by and through its Treasurer, Stephen Worner (sic),

*Defendants.*

C.A. No. 05-519S

*(R.I. Superior Court C.A. No. PC05-6058)*

## DEFENDANTS' WAIVER OF JURY TRIAL

Now come the defendants in the above captioned matter and waive their right to trial by jury and therefore consent to a bench trial.

Respectfully Submitted,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 2nd day of March 2006, to:

Joseph F. Penza, Jr., Esq. (#0607)
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 fax

Laura Sery