UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SAMUEL E. DODD

*Plaintiff,*

vs. C.A. No. 05-519S

SUE P. SHEPPARD, individually and in her capacity as Town Administrator for the Town of Lincoln; and the TOWN OF LINCOLN, by and through its Treasurer, Stephen Worner (sic),

*Defendants.*

**DEFENDANTS' ANSWER TO THE PLAINTIFF'S AMENDED COMPLAINT**

Now come the defendants, Sue P. Sheppard and the Town of Lincoln and respond to the plaintiff's amended complaint as follows:

1. These defendants admit that the plaintiff's name is Samuel E. Dodd and that he is a resident of the City of Providence, State of Rhode Island. Defendants are unable to admit that he was a police officer with the Lincoln Police Department since some of the prerequisites for becoming a police officer in the Town of Lincoln are now in issue.

2. These defendants admit the allegations contained in Paragraphs 2 and 3 of that portion of the plaintiff's complaint entitled, "Parties".

3. These defendants admit the allegations contained in Paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 and 21 of that portion of the plaintiff's complaint entitled, "Facts".

4. These defendants deny the allegations contained in Paragraphs 14, 15, 16, 17, 18, 19 and 20 of that portion of the plaintiff's complaint entitled, "Facts".

4. These defendants deny the allegations contained in Paragraphs 14, 15, 16, 17, 18, 19 and 20 of that portion of the plaintiff's complaint entitled, "Facts".

5. These defendants deny the allegations contained in Paragraphs 22 and 25 of Count 1 of the plaintiff's complaint.

6. These defendants admit the allegations contained in Paragraph 24 of Count 1 of the plaintiff's complaint.

7. These defendants admit that Article 9 of the Town Charter contains the quote set forth in Paragraph 23.

8. These defendants deny the allegations contained in Paragraphs 26, 27, 28, 29 and 30 of Count 2 of the plaintiff's complaint.

9. These defendants deny the allegations contained in Paragraphs 31, 32, 33, 34 and 35 of Count 3 of the plaintiff's complaint.

10. These defendants deny the allegations contained in Paragraphs 36, 37, 38, 39, 40 and 41 of Count 4 of the plaintiff's complaint.

11. These defendants deny the allegations contained in Paragraphs 42 and 43 of Count 5 of the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity.

THIRD AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on some of the damages claimed in this matter.

FOURTH AFFIRMATIVE DEFENSE

These defendants plead that the plaintiff as a probationary employee lacks standing for some of the claims alleged in this complaint.

FIFTH AFFIRMATIVE DEFENSE

These defendants plead waiver as a bar to the within complaint.

SIXTH AFFIRMATIVE DEFENSE

These defendants plead estopple as a bar to the within complaint.

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 3rd day of March 2006, to:

Joseph F. Penza, Jr., Esq. (#0607)
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 fax