AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Samuel E. Dodd v. Sue P. Sheppard

CASE NUMBER: 05-519S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Joseph Penza | Marc DeSisto |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/14/2006 - 3/16/2006 | Anne Clayton | Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Day 1 - 3/14/06 |
| | | | | | |
| | | | | | W-1 Sue Sheppard. |
| | | | | | |
| 1 | | 3/14/06 | | Full | Dodd's Application to LPD. |
| 1A | | 3/14/06 | | Full | Documents Contained in Application |
| 7 | | | | Full | Application for Enrollment. |
| 2 | | 3/14/06 | | Full | Letter from Mrs Gallagher to Sue Sheppard. |
| 15A | | | | Full | Letter dated 2/21/03. |
| 3 | | | | Full | Banner Report. |
| 10 | | | | Full | Law enforcement Report. |
| 11 | | | | Full | BCI Check. |
| 12 | | | | Full | KA Report |
| 19 | | | | Full | SK Police Dept Citation 6/30/01 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Samuel E. Dodd V. Sue P. Sheppard

CASE NUMBER: 05-519S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | 3/14/06 | | Full | Charter |
| 16A | | | | Full | Confidential Personal History Record. |
| 16B | | Withdrawn | | Full | Tests Administered dated 1/25/05. |
| 9 | | 3/14/06 | | Full | Tests Administered dated 1/25/05. URI (Lincoln) Typewritten Report. |
| 23 | | | | Full | Letter dated 8/24/05. |
| 24 | | | | Full | Letter dated 8/25/05. |
| 28 | | | | Full | Letter dated 8/26/05. |
| | | | | | W-2 Samuel E. Dodd |
| 1B | | | | Full | Change of Name |
| 1C | | | | Full | Samuel Dodd's Resume |
| 13 | | | | Full | Town of Lincoln form. |
| 26 | | | | Full | Letters dated 4/23/03 + 4/7/03. |
| 8 | | | | Full | Test Administered (Pawtucket) dated 2/2003. Typewritten Report from URI. |
| 15B | | | | Full | Informed Consent for Tests |
| 15C | | (Conditionally) | | Full | Confidential Personal History Record Form. |

[illegible] 3/15/06

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST — CONTINUATION

Boyd vs. Shepard — DOCKET NO. CA05-519S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14B | | 3/15/06 | | Full | Informed Consent for Testing |
| | | | | | W-3 Chief Robert Kells. |
| 27 | | | | Full | Chapter 44; Police Department. |
| | | | | | W-4 Bruce Moreau (Captain) |
| | | | | | Day 3 Bench Trial 3/16/06 |
| 4 | | 3/16/06 | | Full | Waiver Authorization |
| 15D | | | | Full | Authorization |
| 80 | | | | Full | Deposition of Brian Sullivan. |
| | | | | | W-5 Patricia Gallagher. |
| 21 | | | | Full | Deposition of Ricciarelli |
| 28 | | | | | |