AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Samuel E. Dodd

V.

Sue P. Sheppard, individually and in her capacity as Town Administrator for the Town of Lincoln; and the Town of Lincoln, by and through its Treasurer, Stephen Woerner

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-519S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, SUE P. SHEPPARD, INDIVIDUALLY AND IN HER CAPACITY AS TOWN ADMINISTRATOR FOR THE TOWN OF LINCOLN; AND THE TOWN OF LINCOLN, BY AND THROUGH ITS TREASURER, STEPHEN WOERNER, AGAINST PLAINTIFF, SAMUEL E. DODD.**

June 27, 2006
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk